1535

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 12-63 |
| v. | ) | |
| | ) | (29 U.S.C. § 501(c)) |
| FRANK RYSZ | ) | |

## INDICTMENT

The grand jury charges:

During the period from on or about January 1, 2007, to on or about December 31, 2010, in the Western District of Pennsylvania and elsewhere, the defendant, FRANK RYSZ, while employed as a the Secretary-Treasurer for Branch 1124 of the National Association of Letter Carriers, a labor organization engaged in an industry affecting interstate commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to his own use approximately $12,514.91 of the monies, funds, property and assets of said labor organization, that is the defendant, FRANK RYSZ, wrote and cashed unauthorized union checks and made unauthorized cash withdrawals and electronic transfers.

In violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
FOREPERSON

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524